Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
## for the
### U.S. District of ColoRADO
### Criminal & Civil Division

Leland Cramer
**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

see lists attached
**Defendant(s)**
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. **17-cv-02045** GPG
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes  ☐ No

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**OCT 25 2017**

JEFFREY P. COLWELL
CLERK

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

Main complaint  CRIMINAL

Every Public Servant by the Constitution should have an oath of office, especially those in high places of government, no matter what position of government they are in, they should abide by the U.S. Constitution. While the facts are they violate the Constitution and my unalienable rights--- especially as judges in Logan County and Sterling Colorado there is a conspiracy, two judges are man and wife and they are both using color of law. So that has been false arrest, kidnapping, colusion, treason and theft, warrantless arrest also violation of the 11th amendment of the Constitution, battery by these foriegn agents

In the United States District Court for the District of Colorado

Defendants list:

civil action number  17-cv-02045-GPG

Leland Gayl Cramer--- plaintiff,

DEFENDANTS:

JAY BRAMMER

RAY ANN DRAMMER

STEPHANIE M.G. GAGLIANO

BRITTNY LEWTON

JASON D.HILTON

DENA LUCERO

JAMES RANK

BARRY WINCKLER

MATT WILLIAMS

TREVOR TUTTLE

RYAN PETERSON

TYSON R. KERR

PATTY BARTLETT

GEORGE GOOD

ROBERT BRETZ

Leland Gayl Cramer

care of: 612 Douglas St.

Sterling, Colorado [80751]

## Complaint and affidavit

I have come in contact with a criminal name of: James David Wettstein who lived across the street from me for several years until he lost his home by not paid for it to the bank. And I have found out the hard way that he is a habitual thief that is protected by a crooked Corporation Police Department known to me as Sterling, Colorado a subdivision of the Corporation called State of Colorado. I would say for several decades this thief has Rob me and destroying my property. While a corporation of Sterling, Colorado Police Department has aided educated and enhanced this thief's capabilities, such as, audio spikes in my walls, chemicals to destroy the motors in my vehicles, accessing all domestic locks (as I seen the Lieut. of the police department investigate my locks at 2 AM in the morning), refusing to run fingerprints, (as I am a train private detective) using cloaking devices so they cannot be captured on video. This thief has stolen thousands of dollars worth of my tools, clothing, kitchen equipment, and whatever else he desired by breaking into my house using a gas to knock me out (he took a gold bracelet off my hand while I was unconscious valued at $1600) and when this all boiled to a head the crooked judge Brammer forced me into his court by arresting me and ordered me to appear. Secondly the crooked Police Department made false charges against me and put it in the County Court with Ray ann Brammer the wife of Jay Brammer both city and County judges, which is collusion and conspiracy. You will notice on the list of defendants they are all public servants, and fictions at law, since 2009 I've been placing public notices that I am not part of these crooked Corporations whether it be city of Sterling, Logan County or state of Colorado. I hold the Constitution of the United States of America as my contract with government. And these public servants cannot be greater then the creator as they think they are! Fictions can only deal with fictions and they are the fictions and we the people hold sovereignty and unalienable rights. (I will enclose copies of public records which I have recorded in previous years) I am a private natural man on the land and will remain so the rest of my life. It is the crooked judge Brammer that is coming after me in the first place to tear down my defense against the crimes they have committed against me and I have found on the Internet that Sterling, Colorado is the fourth city in all the state listed as most corrupted and criminal place in the state, and it is getting worse by the thieves and pot smokers allowed to smoke marijuana and other drugs in the city. Therefore I have asked for an injunction and will seek a permanent injunction for my protection against those who would violate the superior laws of this land for their own greed for money and profit using a thief or not they have no rights to violate the

superior laws of this land under my iron clad contract./. the U.S. governments there are two kinds of governments one being the U.S.A. Constitution and Congressal committee of the United States which is a private corporation which is trying to overthrow the supreme laws of this land and is totally unconstitutional therefore I have no part of that type of government. By public record as my agent I have renounced any connection thereof. And if it is unconstitutional it is not law and null and void, as no president, Congress, or any subsidiary has the ability to change the supreme law of the land.( in addition to this affidavit the city was Sterling engineering department along with the crooked thief have used their tree department, to kill off my fruit trees, bills of the attainder against the Constitution, and their crooked Police Department all working together to hurt the people in this town and have, come against especially me and my house.)