IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02045-LTB

LELAND GAYL CRAMER,

Plaintiff,

v.

JAY BRAMMER,
RAY ANN BRAMMER,
STEPHANIE M.G. GAGLIANO,
BRITTNY LEWTON,
JASON D. HILTON,
DENA LUCERO,
JAMES RANK,
BARRY WINCKLER,
MATT WILLIAMS,
TREVOR TUTTLE,
RYAN PETERSON,
TYSON R. KERR,
PATTY BARTLETT,
GEORGE GOOD, and
ROBERT BRETZ,

Defendants.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on December 28, 2017, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 28 day of December, 2017.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk

By: s/ R. Villa
Deputy Clerk